Charles H. Coffin and another, Respondents, v. Samuel Baer and another, Appellants. —

*This case will be found reported in 30 Albany Law Journal, 469.—[Rep.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs on giving stipulation not to sue for false imprisonment.